In the Matter of the Claim of FERDINAND BERUTTI, Appellant, against A. ANGONCA, INC., and LIBERTY MUTUAL INSURANCE COMPANY, Respondents. STATE INDUSTRIAL BOARD, Respondent.— Motion to prosecute appeal as a poor person on typewritten record and brief granted. Present — Hill, P. J., Crapser, Bliss, Schenck and Foster, JJ.

In the Matter of the Claim of THERESA FABIAN, Appellant, against WEST-CHESTER SQUARE HOSPITAL and FIREMAN'S FUND INDEMNITY Co., Respondents. STATE INDUSTRIAL BOARD, Respondent.— Motion to prosecute appeal as a poor person on typewritten record denied without prejudice on the ground that the proof discloses that only questions of fact are involved and that the findings of the Board thereon are conclusive. Present — Hill, P. J., Crapser, Bliss, Heffernan and Foster, JJ.

In the Matter of the Claim of DREBAN FISHER, Appellant, against BURNS BROTHERS COAL COMPANY, Respondent. STATE INDUSTRIAL BOARD, Respondent. In the Matter of the Claim of DREBAN FISHER, Appellant, and THERESA FISHER, Widow of the Aforesaid DREBAN FISHER, Deceased, Appellant, against BURNS BROTHERS COAL COMPANY, Respondent. STATE INDUSTRIAL BOARD, Respondent. — Motion to dismiss appeal denied, with ten dollars costs. The appeal should be heard on a shortened record with original exhibits or typewritten copies thereof. Present — Hill, P. J., Crapser, Bliss, Heffernan and Foster, JJ.